UNITED STATES of America,
Plaintiff–Appellee,

v.

Derrick POWELL, a.k.a. Carlos Dawson, a.k.a. Dip, Defendant–Appellant.

No. 14–14361

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

June 15, 2015.

Tracia M. King, Dahil Dueno Goss, Lawrence R. Sommerfeld, Jill E. Steinberg, Sally Yates, U.S. Attorney's Office, Atlanta, GA, for Plaintiff–Appellee.

David H. Jones, David H. Jones, Esq., Atlanta, GA, for Defendant–Appellant.

Before TJOFLAT, MARCUS and WILLIAM PRYOR, Circuit Judges.

PER CURIAM:

David H. Jones, appointed counsel for Derrick Powell in this criminal appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is GRANTED, and Powell's convictions and sentences are AFFIRMED.